◼   RICHARD LAP, Doing Business as RIVERHEAD NURSING HOME, et al., Appellants, v OFFICE OF THE SPECIAL STATE PROSECUTOR FOR HEALTH AND SOCIAL SERVICES, Respondent.—In a proceeding to quash two subpoenas duces tecum, the appeal is from a judgment of the Supreme Court, Suffolk County, entered June 11, 1976, which, *inter alia,* denied the application. Judgment affirmed, with $50 costs and disbursements, on the opinion of Mr. Justice Lazer at Special Term. The constitutional issues presented were decided by this court in the case of *Matter of Sreter* (54 AD2d 936). Hopkins, Acting P. J., Martuscello, Damiani and Titone, JJ., concur.